■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. PHYLLIS R. BROCHSTEIN, Admitted on February 14, 1972, at a Term of the Appellate Division, First Department. [730 NYS2d 853] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [See 230 AD2d 366.]